IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| FRANK GREENE, | § | |
| | § | No. 522, 2017 |
| Plaintiff Below, | § | |
| Appellant, | § | Court Below—Superior Court |
| | § | of the State of Delaware |
| v. | § | |
| | § | C.A. No. N15C-03-052 |
| ALLSTATE INSURANCE | § | |
| COMPANY, | § | |
| | § | |
| Defendant Below, | § | |
| Appellee. | § | |

Submitted: April 13, 2018
Decided: June 14, 2018

Before **VALIHURA**, **VAUGHN**, and **SEITZ**, Justices.

# **O R D E R**

This 14th day of June 2018, after careful consideration of the parties' briefs and the record on appeal, the Court concludes that the judgment below should be affirmed on the basis of and for reasons assigned by the Superior Court in its well-reasoned order dated November 9, 2017.

NOW, THEREFORE, IT IS ORDERED that the judgment of the Superior Court is AFFIRMED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice